UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Christopher Amir Weaver,

    Plaintiff

v.

City of Las Vegas, et al.,

    Defendants

2:16-cv-00323-JAD-GWF

**Order Adopting Report and Recommendation and Dismissing and Closing Case**

[ECF No. 8]

On October 25, 2016, I accepted the magistrate judge's report and recommendation, dismissed Weaver's amended complaint without prejudice, and gave Weaver until November 14, 2016, to file a second amended complaint curing the deficiencies outlined by the magistrate judge.[1] When Weaver failed to file an amended complaint by this deadline, the magistrate judge ordered Weaver to show cause why this case should not be dismissed with prejudice by December 19, 2016.[2] Weaver filed no response. The magistrate judge now recommends that I dismiss this case with prejudice.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Objections to the magistrate judge's report and recommendation were due by January 19, 2017, and Weaver has not filed an objection or requested an extension to do so. Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 8] is ADOPTED**. This case is DISMISSED with prejudice.

---

[1] ECF No. 6.

[2] ECF No. 7.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1   The Clerk of Court is directed to enter judgment accordingly and CLOSE THIS CASE.

2   Dated this 26th day of January, 2017.

_____
Jennifer A. Dorsey
United States District Judge